**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER EDWARD PIGEON, | Case No. 3:19-cv-00663-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

The court denied petitioner's earlier application to proceed <u>in forma pauperis</u> (ECF No. 1) because it was incomplete, and the directed petitioner either to file a complete application or to pay the filing fee. Petitioner has filed another application to proceed <u>in forma pauperis</u> (ECF No. 17). It, too, is incomplete. Petitioner has attached an explanation that he had submitted a request for a financial certificate and an account statement to the inmate accounts clerk, but that he had not received the completed form. The court will give petitioner additional time to file these documents.

///

///

///

///

///

1

IT THEREFORE IS ORDERED that petitioner will have thirty (30) days from the date of entry of this order to file a financial certificate and a statement of his inmate account in support of his application to proceed in forma pauperis (ECF No. 17).

DATED: March 2, 2020.

ROBERT C. JONES
United States District Judge