**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER EDWARD PIGEON, | Case No. 3:19-cv-00663-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254.  Currently before the court is petitioner's application to proceed in forma pauperis (ECF No. 17).  The application is incomplete because it lacked a statement of petitioner's inmate account and a financial certificate signed by the appropriate prison official.  The court gave petitioner additional time to submit those documents.  ECF No. 19.  Petitioner has not filed the required documents within the allotted time, and the court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** for petitioner's failure to file a complete application to proceed in forma pauperis.  The clerk of the court will enter judgment accordingly and close this action.

///

1

1    IT FURTHER IS ORDERED that a certificate of appealability will not

2    issue. DATED: July 8, 2020.

3    _____

4    ROBERT C. JONES
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28