# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD PIGEON,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 3:19-cv-00663-RCJ-WGC<br><br>**ORDER** |

Respondents having filed two motions for enlargement of time (ECF No. 26, ECF No. 27), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motions for enlargement of time (ECF No. 26, ECF No. 27) are **GRANTED**. Respondents will have up to and including September 15, 2020, to file and serve a response to petitioner's motion for the action to remain dismissed (ECF No. 24).

DATED: September 8, 2020.

_____
ROBERT C. JONES
United States District Judge