UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD PIGEON, | Case No. 3:19-cv-00663-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

This is a closed habeas corpus action under 28 U.S.C. § 2254. On July 8, 2020, the court dismissed the action because petitioner had not filed a complete application to proceed in forma pauperis with the information that the court needed to determine whether to grant the application. ECF No. 22. Currently before the court are petitioner's "Motion to Remain Dismissed" (ECF No. 24) and his "Motion Requesting that this Case Remain Closed" (ECF No. 30). Respondents have filed responses (ECF No. 29 and 32), and petitioner has filed a reply (ECF No. 33). The court denies petitioner's motions.

Respondents construe petitioner's motions as motions for reconsideration of the dismissal of this action, and the court agrees. However, only a small part of petitioner's arguments address the only reason why the court dismissed the action: Petitioner's failure to file a complete application to proceed in forma pauperis. Petitioner states that he "formally paid" the filing fee on January 26, 2020, by submitting an inmate account transaction request form. However, the

1

form itself is not money. Petitioner's inmate account statement shows that no transactions for $5.00 occurred between January 22, 2020, and February 4, 2020. ECF No. 29-2 at 2. The statement also shows that petitioner's balance during that time was $0.41, so he would not have been able to pay the filing fee then. Id. Another exhibit shows that petitioner has not paid any court filing fees. ECF No. 29-1 at 2. Finally, the court has not received any money from petitioner. Petitioner thus has not demonstrated a reason why the court should reconsider its dismissal.

The rest of petitioner's arguments have nothing to do with the reason why the court dismissed the action. The court will not address those arguments.

IT THEREFORE IS ORDERED that petitioner's "Motion to Remain Dismissed" (ECF No. 24) is **DENIED**.

IT FURTHER IS ORDERED that petitioner's "Motion Requesting that this Case Remain Closed" (ECF No. 30) is **DENIED**.

DATED: March 29, 2021.

*(signature)*
ROBERT C. JONES
United States District Judge

2